UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x
:
UNITED STATES OF AMERICA            :
                                    :     **PRELIMINARY ORDER OF**
         - v. -                     :     **FORFEITURE AS TO**
                                    :     **SUBSTITUTE ASSETS**
SHATEEK PARKER,                     :
    a/k/a "Ant,"                    :     12 Cr. 739 (KMK)
                                    :
                    Defendant.      :
------------------------------------ x

WHEREAS, on or about September 24, 2012, SHATEEK PARKER, a/k/a "Ant" (the "Defendant"), was charged in a one-count Indictment, 12 Cr. 739 (KMK) (the "Indictment"), with conspiracy to distribute and possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 846 (Count One);

WHEREAS, the Indictment included a forfeiture allegation as to Count One of the Indictment, seeking forfeiture to the United States, pursuant to Title 21, Untied States Code, Section 853, of any and all property constituting or derived from any proceeds the Defendant obtained, directly or indirectly, as a result of the offense charged in Count One of the Indictment, and any and all property used, or intended to be used, in any manner or part to commit, or to facilitate the commission of the offense charged in Count One of the Indictment, including but not limited to, a sum in United States currency representing the amount of proceeds the Defendant obtained as result of the offense charged in Count One of the Indictment;

WHEREAS, Indictment also included a substitute asset provision providing notice that if, as a result of the Defendant's actions or omissions, forfeitable property is unable to be

1

located or obtained, the United States will seek, pursuant to Title 21, United States Code, Section 853(p), the forfeiture of any other property of the Defendant;

WHEREAS, on or about July 29, 2013, the Defendant pled guilty to Count One of the Indictment, pursuant to a plea agreement with the Government;

WHEREAS, on or about February 19, 2014, the Court entered a Consent Order of Forfeiture (the "Order of Forfeiture") imposing a money judgment against the Defendant in the amount of $100,000 in United States currency (the "Money Judgment") (D.E. 75);

WHEREAS, to date, the entire Money Judgment entered against the Defendant remains unpaid;

WHEREAS, the Government has identified the following specific assets in which the Defendant has an ownership interest:

  a. $510.00 in United States currency seized on or about September 26, 2012 from the Defendant at his residence in Poughkeepsie, NY; and
  b. $1,755.00 in United States currency seized on or about October 2, 2012 from the Defendant at a business located at 345 Main Street, Poughkeepsie, NY at the time of his arrest;

(a. and b. collectively, the "Substitute Assets");

WHEREAS, the Government is seeking the forfeiture of all of the Defendant's right, title and interest in the Substitute Assets.

NOW IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT:

1. All of the Defendant's right, title and interest in the Substitute Assets are hereby forfeited to the United States of America, for disposition in accordance with the law, subject to the provisions of Title 21, United States Code, Section 853(n).

2. Upon entry of this Preliminary Order of Forfeiture of Substitute Assets, the United States Marshals Service (or its designee) is hereby authorized to take possession of the Substitute Assets and to keep them in its secure, custody and control.

3. Upon entry of a Final Order of Forfeiture, the Substitute Assets shall be applied towards the satisfaction of the Money Judgment entered against the Defendant.

4. Pursuant to Title 21, United States Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States shall publish for at least thirty (30) consecutive days on the official government internet forfeiture site, www.forfeiture.gov, notice of this Preliminary Order of Forfeiture as to Substitute Assets and provide notice that any person, other than the Defendant in this case, claiming an interest in the Substitute Assets must file a petition within sixty (60) days from the first day of publication of the notice on this official government internet site, or no later than thirty-five (35) days from the mailing of actual notice, whichever is earlier.

5. The notice referenced in the preceding paragraph shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the Substitute Assets, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the Substitute Assets and any additional facts supporting the petitioner's claim and the relief sought, pursuant to Title 21, United States Code, Section 853(n).

6. The United States may also, to the extent practicable, provide direct written notice to any person, other than the Defendant, known to have an alleged interest in the Substitute Assets, as a substitute for published notice as to those persons so notified.

7. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture with respect to the Substitute Assets, pursuant to Title 21, United States Code, Section 853(n), in which all interests will be addressed.

8. The Court shall retain jurisdiction to enforce this Preliminary Order of Forfeiture as to Substitute Assets, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e).

Dated: White Plains, New York
_July 19_, 2023

SO ORDERED:

_____
HONORABLE KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE